■ SEAN J. LEWIS, Respondent, v ANGELO FIDELIO et al., Appellants. [698 NYS2d 169] —In an action to recover damages for personal injuries, the defendants appeal from an order of the Supreme Court, Westchester County (Lefkowitz, J.), entered November 5, 1997, which denied their motion for summary judgment dismissing the complaint on the ground that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d).

■ SEAN J. LEWIS, Respondent, v ANGELO FIDELIO et al., Appellants. [698 NYS2d 325] —In an action to recover damages for personal injuries, the defendants appeal, as limited by their brief, from so much of an order of the Supreme Court, Westchester County (Lefkowitz, J.), entered January 12, 1998, as, upon granting reargument of the defendants' prior motion for summary judgment, which was denied by order entered November 5, 1997, adhered to the original determination.

Ordered that the order is affirmed insofar as appealed from, with costs.

In opposition to the defendants' motion, the plaintiff submitted a physician's affidavit indicating that, as a result of the accident, the plaintiff sustained a serious injury. The physician stated that the plaintiff sustained "disc damage, without herniation, at L 3-L 4 and L 5-S1", resulting in back pain which "is most severe with prolonged sitting which, unfortunately, he has to do extensively because of his occupation as a police officer". This established that there is an issue of fact as to

whether the plaintiff sustained a serious injury within the meaning of Insurance Law § 5102 (d) (*see, Flanagan v Hoeg,* 212 AD2d 756; *Bocci v Turkowitz,* 255 AD2d 476). Bracken, J. P., Thompson, Goldstein, McGinity and Schmidt, JJ., concur.